# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10541-NWW |
| | § | |
| AARON MICHAEL WOLFE, | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | |
| | § | |
| IMPACT IMAGES, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | ADV NO. 1:24-ap-01020-NWW |
| | § | |
| AARON MICHAEL WOLFE, | § | |
| | § | |
| DEFENDANT. | § | |

**RESPONSES TO REQUEST FOR ADMISSIONS**

1. Admit that Impact Images obtained a judgment against You in the Superior Court of California, County of Riverside (the "California Court") in a case styled *Impact Images Inc. v. Aaron Woolfe, individually and d/b/a Active Canopy et al.,* Case No. RIC 903448 (the "State Court Action").

    **ANSWER: ADMIT**

2. Admit that You were represented by counsel in the jury trial of the State Court Action (the "Trial").

1

**ANSWER: ADMIT**

3. Admit that You, by and through your counsel, presented defenses to the causes of action in the State Court Action in the Trial.

**ANSWER: ADMIT**

4. Admit that the jury found You liable to Impact Images for violating the California Trade Secrets Act.

**ANSWER: UNABLE TO ANSWER AS I AM NOT AN ATTORNEY. THE JURY VERDICT FORM HAD A HEADDING WITH THE TRADE SECRETS ACT REFERENCE, BUT I DO NOT HAVE THE ABILITY TO CONFIRM IF THE QUESTIONS DIRECTLY SPOKE TO THE SPECIFIC LEGAL ACT.**

5. Admit that the jury found You liable to Impact Images for violating the Defend Trade Secrets Act.

**ANSWER: UNABLE TO ANSWER AS I AM NOT AN ATTORNEY. THE JURY VERDICT FORM HAD A HEADDING WITH THE TRADE SECRETS ACT REFERENCE, BUT I DO NOT HAVE THE ABILITY TO CONFIRM IF THE QUESTIONS DIRECTLY SPOKE TO THE SPECIFIC LEGAL ACT.**

6. Admit that the jury found that You engaged in willful and malicious misappropriation of Impact Image's trade secrets.

**ANSWER: DENY. THE WILLFUL AND MALICIOUS VERBIAGE WAS A SEPARATE RULING, THEREFORE I AM UNABLE TO ADMIT TO WHICH PART THE JURY WAS CONSIDERING WHEN FINDING ME LIABLE.**

7. Admit that the California Court entered a judgment against You and in favor of Impact Images (hereinafter, the "Judgment") in the State Court Action.

**ANSWER: ADMIT**

8. Admit that the California Court ordered You to pay compensatory damages to Impact Images as part of the Judgment.

**ANSWER: ADMIT**

9. Admit that the California Court ordered You to pay punitive damages to Impact Images as part of the Judgment.

**ANSWER: ADMIT**

10. Admit that the California Court ordered You to pay the attorney's fees accrued by Impact Images in the State Court Action as a part of the Judgment.

**ANSWER: ADMIT THAT ATTORNEY'S FEES WERE ADDED TO THE JURY JUDGEMENT.**

11. Admit that You owe Impact Images $2,453,194.02 pursuant to the Judgment.

**ANSWER: ADMIT THAT THE TOTAL JUDGEMENT WAS $2,453,194.02**

12. Admit that You did not appeal the findings in the State Court Action.

**ANSWER: DENY.  A MOTION FOR A NEW TRIAL WAS FILED AND DENIED BY THE COURT DUE TO A PAPERWORK OMISSION, BUT NEVER REVIEW OR RULED ON BASED ON THE MERITS OF THE MOTION.**

13. Admit that You have not paid Impact Images any amount of money that is due and owing under the Judgment.

**ANSWER: DENY.**

Dated: January 25, 2025.

          Respectfully submitted,

          **AARON WOLFE**
          **Plaintiff in Propria Persona**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 25, 2025, a true and correct copy of the foregoing document has been served by sending a copy via email to the following:

Ryan Burgett
ryan.burgett@huschblackwell.com

          */s/ Aaron Wolfe*
          Aaron Wolfe