# EXHIBIT C

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                       COUNTY OF RIVERSIDE

 3   IMPACT IMAGES, INC., A        )
     CALIFORNIA CORPORATION,       )
 4                                 )
                 Plaintiff,        )
 5                                 )
            vs.                    )   CASE NO. RIC1903448
 6                                 )
     AARON WOLFE, an individual    )
 7   and doing business as Active  )
     Canopy; ROBERT BOLDEN, an     )
 8   individual and doing business )
     as Activate Canopy; and DOES  )
 9   1 through 10, inclusive,      )
                                   )
10               Defendants.       )
     _____)
11

12

13           REPORTER'S TRANSCRIPT OF PROCEEDINGS

14   BEFORE THE HONORABLE ERIC A. KEEN - DEPARTMENT 6

15                THURSDAY, SEPTEMBER 15, 2022

16

17   APPEARANCES

18   FOR PLAINTIFF:     CALLAHAN & BLAINE
                        BY:  DAVID J. DARNELL, ESQ.
19                      3 Hutton Centre Drive
                        Ninth Floor
20                      Santa Ana, California 92707
                        (714) 241-4444
21
     FOR DEFENDANTS:    THE LOO FIRM
22                      BY:  TREVOR LOO, ESQ.
                        27345 Ortega Hwy
23                      Suite 200
                        San Juan Capistrano, California 92675
24
                        RAYBURN LAW FIRM
25                      BY:  LISA L. RAYBURN, ESQ.
                        220 Newport Center Drive
26                      No. 11-291
                        Newport Beach, California 92660
27

28   REPORTED BY:       JENNIFER SEBRING, CSR 13749
                        OFFICIAL REPORTER PRO TEMPORE
```

1

IMPACT001085

```
 1        THURSDAY, SEPTEMBER 15, 2022; AFTERNOON SESSION
 2              BEFORE THE HONORABLE ERIC A. KEEN
 3                           ---o0o---
 4        THE COURT:  All right.  Back on the record in the
 5   matter of Impact Images, Inc., versus Wolfe, RIC1903448.
 6              All parties, all counsel are present at
 7   counsel table.  All jurors are present in the jury box.
 8              All right.  So the moment you've all been
 9   waiting for, listening to me read for an hour.
10              So I already read to you a -- a section of
11   jury instructions at the outset, what we call the
12   100 series.  I'm not going to reread those.  That will --
13   that will save us some time.  But I am going to read the
14   stack that I'm showing you here.  Okay.
15              So just bear with me.  Sometimes, as I'm
16   reading them, I may have to make modifications.  I have a
17   black pen, and we have to write in the jury instruction.
18   As -- as hard as we try to make these ready to go,
19   sometimes we miss something, and as I'm reading, I'll
20   notice it.  So if I'm pausing or writing, that's what I'm
21   doing.
22              The second thing is there's an attorney
23   instruction.  I don't know if I got to -- I'm going to
24   look and see.  But when you get the packet of jury
25   instructions to take back with you in the jury
26   deliberation room, again, you'll have a binder clip on
27   it, and you can take the binder clip off, and then you
28   guys can kind of spread the jury instructions out.  Look
```

2

IMPACT001086

```
 1                    Also, do not award unjust enrichment
 2                    damages for any period after the
 3                    Defendant could have discovered or
 4                    obtained the information by proper
 5                    means.
 6                         "If you decide that Wolfe's
 7                    misappropriation caused Impact harm,
 8                    you must decide whether that conduct
 9                    justifies an award of punitive
10                    damages."
11                    Did I read this one already?
12            MR. DARNELL:  No, your Honor.  This is punitives
13     on willful and malicious misappropriation.
14            THE COURT:  Start from the beginning.
15                         "If you decide that Wolfe's
16                    misappropriation caused Impact harm,
17                    you must decide whether that conduct
18                    justifies an award of punitive
19                    damages.  The purposes of punitive
20                    damages are to punish a wrongdoer for
21                    the conduct that harmed Impact and to
22                    discourage similar conduct in the
23                    future.
24                         "In order to recover punitive
25                    damages, Impact must prove by clear
26                    and convincing evidence that Wolfe
27                    acted willfully and maliciously.  You
28                    must determine whether Wolfe acted
```

51

IMPACT001135

```
                                                                    52
 1                willfully and maliciously, but you
 2                will not be asked to determine" --
 3           I'm going to cross that part out.
 4                Counsel, you both following?
 5           MR. DARNELL:  Yes.  Correct.
 6           THE COURT:  Mr. Loo?
 7           MR. LOO:  Yes, your Honor.
 8           THE COURT:  (Reading:)
 9                     "Willfully means that Wolfe
10                acted with a purpose or willingness to
11                commit the act or engage in the
12                conduct in question, and the conduct
13                was not reasonable under the
14                circumstances at the time and was not
15                undertaken in good faith.
16                     "Maliciously means that Wolfe
17                acted with an intent to cause injury,
18                or that Wolfe's conduct was despicable
19                and was done with a willful and
20                knowing disregard for the rights of
21                others.
22                     "Despicable conduct is
23                conduct so vile, base, or wretched
24                that it would be looked down on and
25                despised by ordinary decent people.
26                Wolfe acted with knowing disregard if
27                he was aware of the probable
28                consequences of his conduct and
```

IMPACT001136