# EXHIBIT D

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 1 9 2022

M. VARGAS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE – HISTORIC COURTHOUSE

| | |
|---|---|
| IMPACT IMAGES, INC., a California Corporation, | Case No.: RIC1903448 |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| AARON WOLFE, an individual and doing business as Active Canopy; ROBERT BOLDEN, an individual and doing business as Activate Canopy; and DOES 1 through 10, inclusive, | |
| Defendants | |

JR1
OCT 03 2022
R

IMPACT001174

## Verdict Form

We answer the questions submitted to us as follows:

**A.  Breach of Contract**

    1.    Did Plaintiff Impact Images and Defendant Aaron "Rusty" Wolfe enter into a contract?

        __✓__ Yes        ____ No

If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions under Section A, and move on to Section B.

    2.    Did Defendant Aaron "Rusty" Wolfe fail to do something that the contract required him to do?

        __✓__ Yes        ____ No

        OR

    Did Defendant Aaron "Rusty" Wolfe do something that the contract prohibited him from doing?

        __✓__ Yes        ____ No

If your answer to either option for question 2 is yes, then answer question 3.  If you answered no to both options, stop here, answer no further questions under Section A, and move on to Section B.

    3.    Was Plaintiff Impact Images harmed by Defendant Aaron "Rusty" Wolfe's breach of contract?

        __✓__ Yes        ____ No

If your answer to question 3 is yes, then answer question 4.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

/ / /

4. What are Plaintiff Impact Images' damages?

   a. Past economic loss, including lost profits and additional expenses/discounts, plus value of compensation, salary and benefits paid to or received by Defendant Aaron "Rusty" Wolfe: 149,598.50  $ ~~179,518~~

   b. Future economic loss: 42,895.33  $ ~~57,426.46~~

   192,493.8~~0~~  TOTAL: $ ~~236,944.46~~

[CONTINUE TO THE NEXT SECTION]

897,591
269,277
―――――――――
1,166,868.00

B.  **Breach of Implied Covenant of Good Faith and Fair Dealing**

  1.  Did Plaintiff Impact Images and Defendant Aaron "Rusty" Wolfe enter into a contract?

  √ Yes    ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions under Section B, and move on to Section C.

  2.  Did Defendant Aaron "Rusty" Wolfe unfairly interfere with Plaintiff Impact Images' right to receive the benefits of the contract?

  √ Yes    ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions under Section B, and move on to Section C.

  3.  Was Plaintiff Impact Images harmed by Defendant Aaron "Rusty" Wolfe's interference?

  √ Yes    ___ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions under Section B, and move on to Section C.

  4.  What are Plaintiff Impact Images' damages?

  a. Past economic loss, including lost profits and additional expenses/discounts, plus value of compensation, salary and benefits paid to or received by Defendant Aaron "Rusty" Wolfe:
  
  149,598.50    $179,518
  
  b. Future economic loss: 897,591   42,655.33   $51,426.40
  
  269,277  192,453.83  TOTAL: $236,944.46
  
  1,166,868.50

[CONTINUE TO THE NEXT SECTION]

C.   **Breach of Duty of Loyalty**

1. Did Defendant Aaron "Rusty" Wolfe fail to comply with his duty of loyalty?

   **✓** Yes          ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions under Section C, and move on to Section D.

2. Was Plaintiff Impact Images harmed by Defendant Aaron "Rusty" Wolfe's breach of his duty of loyalty?

   **✓** Yes          ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions under Section C, and move on to Section D.

3. What are Plaintiff Impact Images' damages?

   a. Past economic loss, including lost profits and additional expenses/discounts, plus value of compensation, salary and benefits paid to or received by Defendant Aaron "Rusty" Wolfe:   ~~149,598.50~~   $ ~~179,518~~

   b. Future economic loss:   ~~42,855.33~~ (NO)   $ ~~51,426.46~~

   ~~192,453.83~~ TOTAL: $ ~~230,944.46~~

[CONTINUE TO THE NEXT SECTION]

897,591
269,277
―――――――
1,166,868.00

- 4 -

VERDICT FORM                    IMPACT001178

**D.    Interference with Prospective Economic Advantage**

    1.    Did Plaintiff Impact Images have an economic relationship with its prior and current customers that probably would have resulted in an economic benefit to Plaintiff Impact Images?

    ✓ Yes    ___ No

If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions under Section D, and move on to Section E.

    2.    Did Defendant Aaron "Rusty" Wolfe know of the relationship?

    ✓ Yes    ___ No

If your answer to question 2 is yes, then answer question 3.  If you answered no, stop here, answer no further questions under Section D, and move on to Section E.

    3.    Did Defendant Aaron "Rusty" Wolfe use "Confidential Information" of Plaintiff Impact Images to solicit Plaintiff Impact Images' prior or current customers?

    ✓ Yes    ___ No

If your answer to question 3 is yes, then answer question 4.  If you answered no, stop here, answer no further questions under Section D, and move on to Section E.

    4.    By engaging in this conduct, did Defendant Aaron "Rusty" Wolfe intend to disrupt the relationship or know that disruption of the relationship was certain or substantially certain to occur?

    ✓ Yes    ___ No

If your answer to question 4 is yes, then answer question 5.  If you answered no, stop here, answer no further questions under Section D, and move on to Section E.

///

- 5 -

VERDICT FORM    **IMPACT001179**

5. Was the relationship disrupted?

✓ Yes           ___ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions under Section D, and move on to Section E.

6. Was Defendant Aaron "Rusty" Wolfe's conduct a substantial factor in causing harm to Plaintiff Impact Images?

✓ Yes           ___ No

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions under Section D, and move on to Section E.

7. What are Plaintiff Impact Images' damages?

    a. Past economic loss, including lost profits and additional expenses/discounts: 149,598.50   $ 179,818

    b. Future economic loss: 42,855.33  (RP)  $ 51,426.40

    192,453.83 TOTAL: $ 230,844.46

[CONTINUE TO THE NEXT SECTION]

897,591.00
269,277.00
———————
1,166,868.00

- 6 -
VERDICT FORM                                IMPACT001180

E. **California Trade Secrets Act (Cal. Civ. Code §3426, *et seq.*)**

    1.    Was Plaintiff Impact Images the owner of "Confidential Information" relating to Plaintiff Impact Images prior and current customers, including customer lists, customer contact information, customer purchase information, customer preference information, and customer pricing information?

        OR

        Was Plaintiff Impact Images the owner of "Confidential Information" relating to Plaintiff Impact Images' technical plans, designs and specifications for Impact Images' canopies?

        OR

        Was Plaintiff Impact Images the owner of "Confidential Information" relating to Plaintiff Impact Images' manufacturers, vendors or suppliers for Impact Images' canopies?

    ✓ Yes        ___ No

If your answer to any option for question 1 is yes, then answer question 2. If you answered no to both options, stop here, answer no further questions under Section E, and move on to Section F.

    2.    Was this information secret at the time of the alleged misappropriation?

    ✓ Yes        ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions under Section E, and move on to Section F.

    3.    Did this information have actual or potential independent economic value because it was secret?

    ✓ Yes        ___ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions under Section E, and move on to Section F.

///

1    4.    Did Plaintiff Impact Images make reasonable efforts under the circumstances to
2    keep the information secret?
3        ✓ Yes         ✗ No
4    If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer
5    no further questions under Section E, and move on to Section F.
6
7    5.    Did Defendant Aaron "Rusty" Wolfe acquire, use or disclose the trade secrets by
8    improper means?
9        ✓ Yes         ___ No
10    If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer
11    no further questions under Section E, and move on to Section F.
12
13    6.    Was Defendant Aaron "Rusty" Wolfe's improper acquisition, use or disclosure of
14    the information a substantial factor in causing Plaintiff Impact Images harm?
15        ✓ Yes         ___ No
16    If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer
17    no further questions under Section E, and move on to Section F.
18
19    7.    What are Plaintiff Impact Images' damages?
20        a. Past economic loss, including lost profits and additional
21        expenses/discounts, plus value of compensation, salary and
22        benefits paid to or received by Defendant Aaron "Rusty" Wolfe:    $ 149,598.56
23        b. Future economic loss:    897,591.00    $ 42,855.33
24            269,277.00    TOTAL: $ 192,453.83
25    [CONTINUE TO THE NEXT SECTION]
26            1,166,868.00

- 8 -
VERDICT FORM    IMPACT001182

F. **Defend Trade Secrets Act of 2016 (18 U.S.C. § 1836, *et seq.*)**

    1.    Did Defendant Aaron "Rusty" Wolfe intend to convert Plaintiff Impact Images' trade secrets to the economic benefit of himself or someone other than the owner of that trade secret?

    ✓ Yes        ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions under Section F, and move on to Section G.

    2.    Did the trade secrets relate to a product or service that is used, intended for use or sold through interstate commerce?

    ✓ Yes        ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions under Section F, and move on to Section G.

    3.    Did Defendant Aaron "Rusty" Wolfe intend or know that his misappropriation or use of the trade secrets would injure Plaintiff Impact Images?

    ✓ Yes        ___ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions under Section F, and move on to Section G.

    4.    Did Defendant Aaron "Rusty" Wolfe knowingly either:

        (a)    steal or without authorization appropriate, take, carry away, conceal, obtain by fraud, obtain by artifice or obtain by deception such information?

    ✓ Yes        ___ No

OR

        (b)    without authorization copy, duplicate, download, upload, photocopy, replicate, transmit, deliver, send, communicate or convey such information?

    ___ Yes        ___ No

- 9 -
VERDICT FORM    IMPACT001183

OR

    (c) receive or possess such information, knowing the same to have been stolen, appropriated without authorization, obtained without authorization, or converted without authorization?

 \_\_\_ Yes    \_\_\_ No

If your answer to any subpart of question 4 is yes, then answer question 5. If you answered no to each and every subpart of question 4, stop here, answer no further questions under Section F, and move on to Section G.

 5. Was Defendant Aaron "Rusty" Wolfe's improper acquisition, use or disclosure of the information a substantial factor in causing Plaintiff Impact Images harm?

 ✓ Yes    \_\_\_ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions under Section F, and move on to Section G.

 6. What are Plaintiff Impact Images' damages?

  a. Past economic loss, including lost profits and additional expenses/discounts, plus value of compensation, salary and benefits paid to or received by Defendant Aaron "Rusty" Wolfe: $ 179,578    ~~149,598.50~~

  b. Future economic loss:    ~~42,855.33~~    $ 51,426.46

  ~~192,498.83~~ TOTAL: $ 230,944.46 (?)

897,591
269,277
-----------
1,166,868.00

[CONTINUE TO THE NEXT SECTION]

- 10 -
VERDICT FORM   IMPACT001184

G.  **Willful and Malicious Misappropriation**

   1.  Did Defendant Aaron "Rusty" Wolfe engage in willful and malicious misappropriation of the trade secrets?

   ✓ Yes        ___ No

[CONTINUE TO THE NEXT SECTION]

**H.**     **Punitive Damages**

    1.     Did Defendant Aaron "Rusty" Wolfe engage in conduct with malice, oppression, or fraud?

    ✓ Yes          ___ No

If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions.

    2.     What amount of punitive damages, if any, do you award Plaintiff Impact Images against Defendant Aaron "Rusty" Wolfe?  $ _200,000_

[CONTINUE TO THE SIGNATURE PAGE]

- 12 -
VERDICT FORM                                             IMPACT001186

\* \* \*

Signed: _____
        Presiding Juror

Dated: __9/19__, 2022

After you have gone through and addressed all Sections and the applicable questions in each Section, and this Verdict Form has been signed, please notify the clerk, deputy or court attendant that you are ready to present your verdict in the courtroom.