# EXHIBIT F

CALLAHAN & BLAINE, APLC
David J. Darnell (Bar No. 210166)
John D. Van Ackeren (Bar No. 240739)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiff IMPACT IMAGES, INC.

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
APR 13 2023
M. VARGAS

APR 17 2023

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF RIVERSIDE

| | |
|---|---|
| IMPACT IMAGES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AARON WOLFE, an individual and doing business as Active Canopy; ROBERT BOLDEN, an individual and doing business as Activate Canopy; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. RIC1903448<br><br>Hon. Eric A. Keen<br>Department 06<br><br>[PROPOSED] AMENDED JUDGMENT<br><br>Complaint Filed:  June 21, 2019<br>Trial Date:          August 26, 2022 |

[PROPOSED] AMENDED JUDGMENT

IMPACT001188

The above-entitled action came on regularly for jury trial on August 26, 2022 before the Honorable Eric A. Keen in Department 6. David J. Darnell from Callahan & Blaine appeared on behalf of Plaintiff Impact Images, Inc. Trevor Loo and Lisa Rayburn from the Loo Firm appeared on behalf of Defendant Aaron Wolfe, also known as Rusty Wolfe.

A jury of 12 persons was impaneled and sworn, witnesses were sworn and testified, and evidence was presented to the jury and admitted by stipulation of the parties and by order of the Court.

After being presented with the evidence and hearing the testimony of witnesses, the jury was instructed by the Court before hearing the closing arguments of the attorneys, after which it proceeded with deliberations to consider its verdict on liability, compensatory damages and punitive damages.

After returning into Court and being called, the jury was polled by a show of hands by agreement of counsel and rendered their verdict on liability, compensatory damages and punitive damages in the verdict form as follows:

1. The jury found in favor of Plaintiff Impact Images, Inc. and against Defendant Aaron Wolfe, also known as Rusty Wolfe, on Plaintiff's claims for breach of contract, breach of duty of loyalty, interference with prospective economic advantage, misappropriation of trade secrets under the California Uniform Trade Secrets Act (Cal. Civ. Code §3426, *et seq.*), misappropriation of trade secrets under the federal Defend Trade Secrets Act of 2016 (18 U.S.C. §1836, *et seq.*), and awarded compensatory damages in the amount of $1,166,868.00.

2. The jury found that Defendant Aaron Wolfe, also known as Rusty Wolfe, engaged in willful and malicious misappropriation of trade secrets.

3. The jury found that Defendant Aaron Wolfe, also known as Rusty Wolfe, engaged in conduct with malice, oppression, or fraud, and awarded punitive damages in the amount of $200,000.00.

On October 26, 2022, the Court entered Judgment in favor of Plaintiff Impact Images, Inc. and against Defendant Aaron Wolfe, also known as Rusty Wolfe, as follows:

- 1 -
[PROPOSED] AMENDED JUDGMENT

IMPACT001189

    a)    Compensatory damages in the amount of $1,166,868.00 as determined by the jury, plus punitive damages in the amount of $200,000.00 as determined by the jury, for a total judgment as determined by the jury of $1,366,868.00;

    b)    Post-judgment interest on the amount of $1,366,868.00 shall accrue from on or after September 19, 2022 at the legal rate until paid.

In addition, the Judgment confirmed that Plaintiff Impact Images, Inc. may file a post-trial motion for an award of attorney's fees and costs as the prevailing party, in addition to other appropriate remedies and relief that may be authorized by statute or law, which shall be determined by the Court, and that the Court reserved jurisdiction to amend, modify or alter that Judgment to include such other or further relief as may be necessary and appropriate.

On March 1, 2023, the Court awarded Plaintiff Impact Images, Inc. the sum of $948,988 in attorney's fees. Also on March 1, 2023, the Court issued a permanent injunction in favor of Plaintiff Impact Images, Inc. and against Defendant Aaron Wolfe, also known as Rusty Wolfe. These Court rulings were confirmed in an Order re: Plaintiff Impact Images, Inc.'s Motion for Attorney's Fees and an Order re: Plaintiff's Impact Images, Inc.'s Motion for Injunctive Relief, both of which were entered by the Court on March 6, 2023.

On January 27, 2023, Plaintiff Impact Images, Inc. filed a memorandum of costs in the amount of $170,555.98, and Defendant Aaron Wolfe thereafter filed a Motion to Strike or Tax Costs. On March 29, 2023, the Court denied in part and granted in part Defendant Aaron Wolfe's Motion to Strike or Tax Costs. The Court's ruling was confirmed in an Order re: Defendant Aaron Wolfe's Motion to Strike or Tax Costs. After accounting for the amounts set forth in the Court's Order, the Court ruled that Plaintiff Impact Images, Inc. shall be awarded costs in the total amount of $137,338.07.

Accordingly, the Court hereby amends the Judgment in this case to conform to the jury's verdict and the Court's post-trial rulings on attorney's fees and costs, and thus ORDERS, ADJUDGES and DECREES as follows:

    1.    Judgment is entered in favor of Plaintiff Impact Images, Inc. and against Defendant

Aaron Wolfe, also known as Rusty Wolfe, for the total principal sum of **$2,453,194.07**, which is based on and shall accrue post-judgment interest as follows:

(a) Compensatory damages in the amount of $1,166,868.00 as determined by the jury, plus punitive damages in the amount of $200,000.00 as determined by the jury, for a total damages award as determined by the jury of $1,366,868.00. Post-judgment interest on the damages award of $1,366,868.00 shall accrue from September 19, 2022 at the legal rate of 10% per annum on the principal amount remaining unsatisfied.

(b) Attorney's fees in the amount of $948,988 as determined by the Court. Post-judgment interest on the attorney's fees award of $948,988 shall accrue from March 1, 2023 at the legal rate of 10% per annum on the principal amount remaining unsatisfied.

(c) Costs in the amount of $137,338.07 as determined by the Court. Post-judgment interest on the costs award of $137,338.07 shall accrue from March 29, 2023 at the legal rate of 10% per annum on the principal amount remaining unsatisfied.

2. Judgment includes a permanent injunction whereby:

1. Defendant Aaron Wolfe, also known as Rusty Wolfe, is barred from using or referencing any of Plaintiff Impact Images, Inc.'s confidential, trade secret and proprietary information ("Confidential, Trade Secret and Proprietary Information") to contact and solicit any customer of Impact. As used herein, the term "Confidential, Trade Secret and Proprietary Information" includes:

   i. Impact's customer lists, customer contact information, customer purchase information, customer preference information and customer pricing information, including the folders and files comprising "Impact Canopies USA Retention," "Impact Canopies

- 3 -
[PROPOSED] AMENDED JUDGMENT

IMPACT001191

USA Retention Master List," Impact's "Salesforce Contacts," Impact's "Marketing Database," and Impact's "Mailchimp" folders. See Trial Exh. 259 (Decl. of Sarah Briones, Exhs. C and D thereto); and

  ii. Impact's technical plans, designs and specifications for canopies, including Impact's thumb button operation and mold, thumb button color, logo location on brackets, the composite materials in Impact's brackets, the gauge and grades of the steel tubes used on Impact's canopies, Impact's powder coating color, Impact's patches, including its "corner patch", "top patch" and roller bag patch, Impact's velcro valence, Impact's center pole frame sticker, and Impact's fire registration number (F-96601) and label;

2. Defendant Aaron Wolfe, also known as Rusty Wolfe, shall destroy all documents or electronic data in his possession, custody or control that reflect or refer or relate to Impact's "Confidential, Trade Secret and Proprietary Information" (as defined above) that is saved on any computer, hard drive or electronic storage device, as well as on Wolfe's personal Google Drive or any other cloud based storage system, that Wolfe can access or that is in Wolfe's possession, custody or control.

3. The Court hereby reserves jurisdiction to further amend, modify or alter this Amended Judgment, including but not limited to matters relating to the permanent injunction and compliance therewith, and to include such other or further relief as may be necessary and appropriate.

IT IS SO ORDERED.

Dated: 4/11, 2023

Honorable Eric A. Keen
Riverside Superior Court Judge

- 4 -
[~~PROPOSED~~] AMENDED JUDGMENT

IMPACT001192