IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10541-NWW |
| | § | |
| AARON MICHAEL WOLFE, | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | |

| | | |
|---|---|---|
| IMPACT IMAGES, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | ADV NO. 1:24-ap-01020-NWW |
| | § | |
| AARON MICHAEL WOLFE, | § | |
| | § | |
| DEFENDANT. | § | |

## PLAINTIFF IMPACT IMAGES, INC.'S WITNESS AND EXHIBIT LIST
(Relates to Docket No. 33)

**WITNESSES**

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA ||
|---|---|
| **Case No. 1:24-ap-01020-NWW** | **Name of Defendant:** Aaron Michael Wolfe |
| | |
| **Witnesses:** | **Judge:** Nicholas W. Whittenburg |
| 1. Serena Gray | **Courtroom Deputy:** Sheri A. Lowe |
| 2. Any witness called or listed by Defendant | **Hearing Date:** June 12, 2025 |
| 3. Any rebuttal witnesses as needed | **Hearing Time:** 10:00 A.M. |
| | **Party's Name:** Impact Images, Inc. |
| | **Attorney's Name:** Ryan A. Burgett |
| | **Attorney's Telephone:** (423) 266-5500 |
| | **Nature of Proceeding:** Evidentiary hearing on Defendant's Motion to Vacate Summary Judgment Order [Dkt. No. 32] |

**Error! Unknown document property name.**

**EXHIBITS**

| Exhibit No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | Voluntary Petition for Individuals Filing for Bankruptcy | | | | |
| B | April 9, 2025 E-mail from Serena Gray to Jenna Wilson re: Print/Mail – Must Go Out Today | | | | |
| C | April 9, 2025 E-mail from Jenna Wilson to Serena Gray re: Print/Mail – Must Go Out Today | | | | |
| D | Weight Break Carrier/Detailed Class Report dated April 9, 2025 | | | | |
| E | Defendant Aaron Michael Wolfe's Declaration, filed in support of his Motion to Vacate Summary Judgment Order | | | | |

Impact Images reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

Dated: June 5, 2025                Respectfully submitted,

                                   **HUSCH BLACKWELL LLP**

                                   */s/ Ryan A. Burgett*
                                   Ryan A. Burgett, TN BPR #033641
                                   736 Georgia Avenue, Suite 300
                                   Chattanooga, TN 37405
                                   Phone: (423) 266-5500
                                   Fax: (423) 266-5499
                                   Email: ryan.burgett@huschblackwell.com

                                   *Attorneys for Impact Images, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 5, 2025, a true and correct copy of the foregoing was served by electronic means *via* the Court's ECF system to the parties registered to receive electronic service in the above-styled adversary proceeding and to the parties listed below by first class U.S. mail.

Aaron Michael Wolfe
10062 Meadowstone Drive
Apison, TN 37302

                                           */s/ Ryan A. Burgett*
                                           Ryan A. Burgett