# **EXHIBIT B**



Please print each of these and mail to:

Aaron Michael Wolfe
10062 Meadowstone Drive
Apison, TN 37302

Serena Gray
Practice Support Team Specialist

**HUSCH BLACKWELL**
736 Georgia Avenue,
Suite 300
Chattanooga, TN 37402-2059

Direct: 423-755-2645
Fax: 423-266-5499
Serena.Gray@huschblackwell.com
huschblackwell.com

**Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service. Our 1000+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon solutions to our clients' most complex challenges.**