# EXHIBIT C

| | |
|---|---|
| **From:** | Gray, Serena |
| **To:** | Wilson, Jenna |
| **Subject:** | RE: Print/Mail - Must Go Out Today |
| **Date:** | Wednesday, April 9, 2025 3:38:00 PM |

Thanks!

**Serena Gray**
**Practice Support Team Specialist**
Direct: 423-755-2645
Serena.Gray@huschblackwell.com

**From:** Wilson, Jenna <Jenna.Wilson@huschblackwell.com>
**Sent:** Wednesday, April 9, 2025 3:36 PM
**To:** Gray, Serena <Serena.Gray@huschblackwell.com>
**Subject:** RE: Print/Mail - Must Go Out Today

The mailing is ready to go.

**Jenna Wilson**
**Administrative Resource Team Assistant**
Direct: 423-757-5928
Jenna.Wilson@huschblackwell.com

**From:** Gray, Serena <Serena.Gray@huschblackwell.com>
**Sent:** Wednesday, April 9, 2025 3:25 PM
**To:** Wilson, Jenna <Jenna.Wilson@huschblackwell.com>
**Subject:** Print/Mail - Must Go Out Today
**Importance:** High

Please print each of these and mail to:

Aaron Michael Wolfe

10062 Meadowstone Drive

Apison, TN 37302

**Serena Gray**
**Practice Support Team Specialist**
**HUSCH BLACKWELL**
736 Georgia Avenue,
Suite 300
Chattanooga, TN 37402-2059

Direct: 423-755-2645
Fax: 423-266-5499
Serena.Gray@huschblackwell.com
huschblackwell.com

**Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service.**
**Our 1000+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon solutions to our clients' most complex challenges.**