# **EXHIBIT D**

**pitney bowes**

## Weight Break Carrier/Detailed Class Report

**Date Range:** Apr 09 2025 to Apr 09 2025
**Meter Group:** Custom
**Meter 7H00-6054050 at HUSCH BLACKWELL LLP,CHATTANOOGA,TN,USA**

### Weight Break Carrier/Detailed Class

| Carrier | Category | Detailed Class | Weight Breaks | Pieces | Average Weight | Postage with Fee |
|---|---|---|---|---|---|---|
| USPS | Certified | 1st Class Single Piece Letter  - Certified | 0 - 1 OZ | 1 | 0.60 OZ | $9.640 |
|  |  |  | **Class Total** | **1** | **0.60 OZ** | **$9.640** |
|  |  |  | **Category Total** | **1** | **0.60 OZ** | **$9.640** |
|  | Express | Priority Mail Express Envelope or Package - Retail | 32 - 48 OZ | 1 | 33.10 OZ | $61.450 |
|  |  |  | **Class Total** | **1** | **33.10 OZ** | **$61.450** |
|  |  |  | **Category Total** | **1** | **33.10 OZ** | **$61.450** |
|  | Letter | 1st Class Single Piece Letter | 0 - 1 OZ | 5 | 0.34 OZ | $3.450 |
|  |  |  | **Class Total** | **5** | **0.34 OZ** | **$3.450** |
|  |  |  | **Category Total** | **5** | **0.34 OZ** | **$3.450** |
|  | Letter Flat | 1st Class Single Piece Large Envelope | 2 - 3 OZ | 1 | 3.00 OZ | $2.040 |
|  |  |  | 4 - 5 OZ | 1 | 4.80 OZ | $2.590 |
|  |  |  | **Class Total** | **2** | **3.90 OZ** | **$4.630** |
|  |  |  | **Category Total** | **2** | **3.90 OZ** | **$4.630** |
|  | Priority | Priority Mail Envelope or Package - Retail | 0 - 16 OZ | 1 | 14.90 OZ | $9.350 |
|  |  |  | **Class Total** | **1** | **14.90 OZ** | **$9.350** |
|  |  |  | **Category Total** | **1** | **14.90 OZ** | **$9.350** |
|  |  |  | **Carrier Total** | **10** | **5.81 OZ** | **$88.520** |
|  |  |  | **Grand Total** | **10** | **5.81 OZ** | **$88.520** |