# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AARON MICHAEL WOLFE, | ) | Case No. 1:24-BK-10541 |
| Debtor | ) | Chapter 7 |
| _____ | ) | |
| | ) | |
| IMPACT IMAGES INC | ) | |
| Plaintiff | ) | **Adv. No. 1:24-ap-01020-NWW** |
| Debtor. | ) | Judge Whittenburg |
| _____ | ) | |

**DECLARATION**

I, Aaron Wolfe, declare under penalty of perjury that I never received a registered letter, email or any communication notifying me of a Motion for Summary Judgement.

I regularly check my mail, and work from home, so I am almost always available for delivery and receipt of any registered letters at my home address of: 10062 Meadowstone Dr, Apison, TN 37302.

I also check my email daily, and I never received an electronic copy of the motion.

I was unaware of the Motion for Summary Judgement until I received an email from the courts notification service on May 21, 2025 at 8:00pm EST. Had I received notice, I would have timely responded as I have a meritorious defense to the dischargeability of the debt.

As I have previously represented in court, I have numerous defenses to the claims made by the Plaintiff, and have every intention on defending my position in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Aaron Wolfe
Dated: May 22, 2025